USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VICTOR LOPEZ AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

- against -

ADORAMA INC. and ADORAMA USED LLC,

           Defendants.

------------------------------------------------------------X

Civil Action No. 1:17-cv-08990-GHW

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff VICTOR LOPEZ and Defendants ADORAMA INC. and ADORAMA USED LLC hereby stipulate and agree to the dismissal of the above-entitled action, in its entirety, with prejudice. Each party shall bear his or its own costs, expenses and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 22, 2018

THE MARKS LAW FIRM, PC

By: _____
Bradly G. Marks
175 Varick Street, 3rd Floor
New York, New York 10014
Tel: (646) 770-3775
brad@markslawpc.com

*Attorneys for Plaintiff*

PHILLIPS NIZER LLP

By: _____
Thomas G. Jackson
666 Fifth Avenue
New York, New York 10103
Tel: (212) 977-9700
tjackson@phillipsnizer.com

*Attorneys for Defendants*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

Dated: February 6, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge